# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| JANETTE LAWSON *et al.*, | Civil No. 08-6351 (JRT/JJG) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL** |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, *et al.*, | **WITH PREJUDICE** |
| Defendants. | |

___

Arthur Kosieradzki, **SIEBEN, GROSE, VON HOLTUM & CAREY, LTD,** 800 Marquette Avenue, Suite 900, Minneapolis, MN 55402; Matthew Newman, **MATTHEW NEWMAN, P.A.**, Post Office Box 97, Savage, MN 55378; Scott Wilson, **ATTORNEY AT LAW**, 5615 Shorewood Lane, Shorewood, MN 55331, for plaintiffs.

Glenn Salvo and Timothy Branson, **DORSEY & WHITNEY, LLP**, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402**,** for defendants.

Based upon the parties' stipulation for dismissal with prejudice [Docket No. 38], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice, on the merits, and without costs or attorneys' fees to any party or their counsel.

DATED: August 4, 2009
at Minneapolis, Minnesota.

                                                       s/John R. Tunheim
                                                    JOHN R. TUNHEIM
                                                United States District Judge